IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Louis M. Gerson Company, Inc. ) | |
| ) | |
| Plaintiff, ) | 04 1238 |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| 3M Company ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Local Rule 7.3(A), plaintiff Louis M. Gerson Company, Inc. states that it has no parent corporation and there are is no publicly held company which owns 10% or more of plaintiff's stock

Dated: November 10, 2004

LOUIS M. GERSON CO. INC.
By its attorneys,

_/s/ Robert L. Kann_
Robert L. Kann (BBO # 258025)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
(617) 443-9292

02633/00507 345487.1