

| **Patent Bibliographic Data** | | | 12/07/2004 01:14 PM |
|---|---|---|---|
| **Patent Number:** | 4936511 | **Application Number:** | 07276641 |
| **Issue Date:** | 06/26/1990 | **Filing Date:** | 11/28/1988 |
| **Title:** | SPRAY GUN WITH DISPOSABLE LIQUID HANDLING PORTION | | |
| **Status:** | Expired for non-payment on: 06/26/2002 | **Entity:** | Large |
| **Window Opens:** 06/26/2001 | **Surcharge Date:** 12/27/2001 | **Expiration:** | 06/26/2002 |
| **Fee Amt Due:** $0.00 | **Surchg Amt Due:** $0.00 | **Total Amt Due:** | $0.00 |
| **Fee Code:** | | | |
| **Surcharge Fee Code:** | | | |
| **Most recent events (up to 7):** | 2002/06/26 Patent Expired for Failure to Pay Maintenance Fees.<br>2002/01/15 Maintenance Fee Reminder Mailed.<br>1997/09/29 Payment of Maintenance Fee, 8th Year, Large Entity.<br>1993/09/27 Payment of Maintenance Fee, 4th Year, Large Entity.<br>--- End of Maintenance History --- | | |
| **Address for fee purposes:** | WILLIAM L. HUEBSCH<br>OFFICE OF PATENT COUNSEL/3M<br>POST OFFICE BOX 33427<br>ST. PAUL, MN<br>551333427 | | |

**NOTE:** All USPTO fees are subject to change. If you are making a payment please check the www.uspto.gov website or contact the Maintenance fee branch (703-308-5068) to confirm the amount due on the date payment is to be made. A maintenance fee payment can be timely made using the certificate of mailing or transmission procedure set forth in 37 CFR 1.8.

Run Another Query