THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Louis M. Gerson Company., Inc., ) <br> ) <br> Plaintiff ) <br> ) <br> v ) <br> ) <br> 3M Company and 3M Innovative ) <br> Properties Company, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04 12389 MLW |

### THE PARTIES' STIPULATED JOINT
### MOTION FOR DISMISSAL BY ORDER OF THE COURT

3M Innovative Properties Company, 3M Company and Louis M. Gerson Company, Inc. being all the parties in this case, through their undersigned attorneys, pursuant to Fed.R.Civ.P. 41(a)(2), hereby stipulate to and jointly move the Court for dismissal of this action in its entirety, including all claims and counterclaims, with prejudice, with each party to bear its own costs and attorneys' fees. The parties state that they have concluded a Settlement Agreement, dated May 2, 2005 (the 'Settlement Agreement") that, *inter alia*, contemplates this motion and dismissal of this case by the Court pursuant to Fed.R.Civ.P. 41(a)(2).

HEREBY STIPULATED AND AGREED TO:

        3M COMPANY and 3M INNOVATIVE
        PROPERTIES COMPANY
        By their attorney,

Dated: May 2, 2005        FISH & RICHARDSON PC

        */s/ Frank E. Scherkenbach*
        Frank E. Scherkenbach
        225 Franklin Street
        Boston, MA 02110
        (617) 542-5070


        LOUIS M. GERSON CO.
        By its attorneys,

Dated: April 29, 2005        BROMBERG & SUNSTEIN, LLP

        */s/ Robert L. Kann*
        Robert L. Kann (#258025)
        Edward J. Dailey (#112220)
        125 Summer Street
        Boston, MA 02110
        (617) 443-9292

IT IS SO ORDERED.

Dated: _May 10, 2005_          _____
                                The Honorable Mark L. Wolf
                                United States District Judge

382,445